```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiffs
 5
```

                        UNITED STATES DISTRICT COURT

                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., | NO.  C 09 0048 JL |
| Plaintiffs, | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. | |
| EMPIRE CONTRACTING ROOF SERVICE, a California corporation | |
| Defendant. | |

IT IS ORDERED that the Case Management Conference in this case set for APRIL 27, 2009 be continued to July 29, 2009 at 10:30 a.m., Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 28, 2009

_____
Honorable James Larson

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE